The People of the State of New York v. Ralph Furcolo.— Time extended to file printed papers and brief until January 13, 1914. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George O. Glendening v. Western Union Telegraph Company.— Motion denied, without costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cream of Wheat Company v. American Home Magazine Company.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elizabeth J. Atkins, as Executrix, etc., and Others v. James A. Trowbridge and Others.— Motion denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas O. McLean v. Ernestina Gardner.— Time extended until January 6, 1914. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry D. Wills v. Wells Brothers Company of New York. Isidore Abler v. The City of New York. Matthew T. Goldsborough, Jr., v. Richard F. Goldsborough. Solomon Schinasi and Others v. A. Schinasi Brothers, Incorporated. In the Matter of Pinkney Marks, an Infant, etc.— Motions granted unless appellants comply with terms stated in orders. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank C. Goodyear v. H. J. Koehler Sporting Goods Company.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Norbert Heinsheimer, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathan Hasberg v. Pickers Brothers.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel McCurdy v. James F. Swanick.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Francis H. Bonner, Respondent, v. Edgar K. Smoot, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Gaetano Cillarato.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Frank Zerillo.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.